IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:09cr74/MCR

**MARIO A. JIMENEZ**

_____/

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT
MARIO A. JIMENEZ**

WHEREAS, on July 20, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982(a), based upon the defendant's guilty plea to the Information in this action, and the defendant's consent to the forfeiture of **$26,402.00 in United States currency** as assets or proceeds used or derived from said conduct upon such guilty plea;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **MARIO A. JIMENEZ** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore,

FILED IN OPEN COURT THIS

10-01-2009

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

IT IS HEREBY ORDERED:

That all of defendant's right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to defendant **MARIO A. JIMENEZ** for all purposes.

IT IS SO ORDERED this 1ST day of October 2009.

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE